No. 744. YOUNG v. FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 754. 8200 REALTY CORP. ET AL. v. LINDSAY, MAYOR OF THE CITY OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 762. JOHNSON v. GOODYEAR TIRE & RUBBER CO. ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 5875. ANDERSON v. ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. Appeal from D. C. S. D. N. Y. dismissed for want of jurisdiction.

*Miscellaneous Orders*

No. 31, Orig. UTAH v. UNITED STATES. Motion of the Solicitor General for an extension of time to file exceptions and brief on Report of Special Master granted, and time extended to and including January 8, 1971. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For previous actions herein, see, *e. g., ante*, p. 875.]

No. 338. BLONDER-TONGUE LABORATORIES, INC. v. UNIVERSITY OF ILLINOIS FOUNDATION ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 864.] Motion of Finney Co. for leave to file a brief as *amicus curiae* granted, and motion for leave to participate in oral argument as *amicus curiae* denied. Motion of respondent University of Illinois Foundation to allow additional time for oral argument denied.